BOCCANFUSO BROTHERS, INC. *v.* O'KEEFE CADILLAC OLDSMOBILE, INC., ET AL.
(AC 33502)

Alvord, Bear and Pellegrino, Js.

Argued May 18—officially released June 12, 2012

Per Curiam. The judgment is affirmed.

DLJ MORTGAGE CAPITAL, INC. *v.* JOHN DOE I ET AL.
(AC 33256)

Beach, Sheldon and Borden, Js.

Argued May 22—officially released June 19, 2012

Per Curiam. The judgment is affirmed.

DONNA H. DUDEK, TRUSTEE *v.* ERROL DUDEK
(AC 33176)

Bear, Sheldon and West, Js.

Argued May 17—officially released June 19, 2012

Per Curiam. The judgment is affirmed.